FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>Shanadoa Johnson,<br>　　　　Defendant. | 2:10-MJ-02350<br><br>ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　[✓]　the appearance of defendant as required; and/or

　　(B)　[✓]　the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will obey conditions of release or refrain from criminal conduct._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey conditions of release, comply with release conditions like drug testing, & remaining in Eastern District._

IT IS ORDERED that defendant be detained.

DATED: 9/29/10

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2